UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Leisha Berry Anglin, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10821-DRH |
| *Bethaney Conklin, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11785-DRH |
| *Freda Fuller, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10635-DRH |
| *Jessica Gentile v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10586-DRH |
| *Melissa C. Hazlett, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10706-DRH |
| *Jacqueline King v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11335-DRH |
| *Jennifer McLeod, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11786-DRH |
| *Sherrie Rasco, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12067-DRH |
| *Bethany Stamper v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13118-DRH |
| *Nicole Tesar, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11351-DRH |
| *Marlo K. Ward, et al. v. Bayer Corporation, et al.* | No. 10-cv-20045-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 22, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                            BY: /s/*Caitlin Fischer*
                                                    Deputy Clerk

**Dated:** July 22, 2014

Digitally signed by David R. Herndon
Date: 2014.07.22 14:35:00 -05'00'

**APPROVED:**
        CHIEF JUDGE
        U. S. DISTRICT COURT

2